IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JUSTIN ALAN THACKER, ) | |
|     Plaintiff, ) | Civil Action No. 7:23cv00230 |
| ) | |
| v. ) | OPINION and ORDER |
| ) | |
| SAREENA SCOTT, R.N., et al., ) | By:  Robert S. Ballou |
|     Defendants. ) | United States District Judge |

    Justin Alan Thacker, a Virginia inmate proceeding *pro se*, filed a civil rights action against the defendants under 42 U.S.C. § 1983, alleging inadequate medical care for open sores on his legs.  Approximately two months after filing suit, he sent a note that was docketed as a motion for preliminary injunction, asking for help with the ongoing problem, stating that he feared losing his legs.  A few weeks later, on July 12, 2023, Thacker notified the court that he had been transferred from Duffield to Nottoway Correctional Center.  Because Thacker is no longer under the care of the defendants, his request for injunctive relief is moot.

    When a prisoner seeks injunctive relief related to his cause of action, transfer to another prison renders the claim for injunctive relief moot.  *Williams v. Griffin*, 952 F.2d 820, 823 (4th Cir. 1991).  Accordingly, the motion for injunction (ECF No. 12) is **DENIED**.

    Enter:  December 19, 2023

    /s/ Robert S. Ballou

    Robert S. Ballou
    United States Magistrate Judge